**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL CAREY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| OFFICER BRENT LA HA, OFFICER GLENN DEVRIES, LT. JASON FORD, and VILLAGE OF ORLAND PARK, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants Officer Brent La Ha, Officer Glenn Devries, Lt. Jason Ford, and the Village of Orland Park ("Defendants"), by and through their attorneys, Klein, Thorpe & Jenkins, Ltd., and pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, hereby remove this cause of action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. In support thereof, Defendants state the following:

1. On July 10, 2023, Plaintiff Michael Carey ("Plaintiff") filed an Amended Complaint at Law against Defendants in the Circuit Court of Cook County, Law Division, under Case No. 2022 L 002167. *See Amended Complaint at Law*, attached as **Exhibit A**.

2. Counts I-III and VI-VII of Plaintiff's Amended Complaint assert state law claims for excessive force, battery, failure to intervene, *respondeat superior*, and indemnification. *Id*. at 4-6, 8-9.

3. Counts IV and V of Plaintiff's Amended Complaint assert Section 1983 claims for excessive force and failure to intervene in violation of the Fourth and Fourteenth Amendments. *Id*. at 7-8.

4. Pursuant to 28 U.S.C. § 1343, district courts have "original jurisdiction of any civil action authorized by law to be commenced by any person…to redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege, or immunity secured by the Constitution of the United States…." 28 U.S.C. § 1343(a)(3).

5. Section 1343 also provides original jurisdictions over suits "to recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights," which would include 42 U.S.C. § 1983. 28 U.S.C. § 1343(a)(4)

6. Pursuant to 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where the action is pending." 28 U.S.C. § 1441(a).

7. This notice of removal is timely filed under 28 U.S.C. § 1446, as Plaintiff's Amended Complaint at Law was filed in the Cook County Circuit Court on July 10, 2023.

8. The United States District Court for the Northern District of Illinois, Eastern Division has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Counts IV and V are brought under 42 U.S.C. § 1983 and seek to redress alleged constitutional violations.

9. This Court has supplemental jurisdiction over the pendant state law claims alleged in Counts I-III and VI-VII pursuant to 28 U.S.C. § 1367.

10. Based on the foregoing, Defendants respectfully seek removal of this action to the United States District Court for the Northern District of Illinois, Eastern Division.

WHEREFORE, Defendants Officer Brent La Ha, Officer Glenn Devries, Lt. Jason Ford, and the Village of Orland Park respectfully request the removal of this cause of action from the Circuit Court of Cook County, Illinois to the Northern District of Illinois, Eastern Division.

Respectfully submitted,

s/ *Anthony G. Becknek*
Anthony G. Becknek
One of Defendants' Attorneys

Anthony G. Becknek (agbecknek@ktjlaw.com)
Colleen M. Shannon (cmshannon@ktjlaw.com)
Klein, Thorpe & Jenkins, Ltd.
120 S. LaSalle Street, Suite 1710
Chicago, Illinois 60606
(312) 984-6400